THIRD DEPARTMENT, JULY, 1967

(July 6, 1967)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILBERT EDWARD O'BRYAN, Appellant.— MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.

OLIVE M. CLEARWATER, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 42375.) — GABRIELLI, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.